William G. Dryden
Craig R. Yabui
ELAM & BURKE, P.A.
251 East Front Street, Suite 300
Post Office Box 1539
Boise, Idaho 83701
Telephone: (208) 343-5454
Facsimile: (208) 384-5844
wdg@elamburke.com
cry@elamburke.com
Dryden - ISB #2395
Yabui - ISB #7706

Robert M. Fulton, *Pro Hac Vice*
Christopher S. Branton, *Pro Hac Vice*
HILL, WARD & HENDERSON, P.A.
3700 Bank of America Plaza
101 East Kennedy Boulevard
Post Office Box 2231
Tampa, Florida 33601-2231
Telephone: (813) 221-3900
Facsimile: (813) 221-2900
bfulton@hwhlaw.com
chris.branton@hwhlaw.com

Attorneys for Defendants

IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| OREGON MUTUAL INSURANCE GROUP as subrogee of RAYMOND FRENCH,<br><br>    Plaintiff,<br><br>v.<br><br>RYOBI TECHNOLOGIES, INC., TECHTRONIC INDUSTRIES NORTH AMERICA, INC., ONE WORLD TECHNOLOGIES, INC., DOES I-V and CORPORATIONS X-Z.,<br><br>    Defendants. | Case No. 1:15-cv-00017-EJL<br><br>DEFENDANTS' CORPORATE DISCLOSURE STATEMENT |

DEFENDANTS' CORPORATE DISCLOSURE STATEMENT - 1

COME NOW Defendants, RYOBI TECHNOLOGIES, INC., TECHTRONIC INDUSTRIES NORTH AMERICA, INC., and ONE WORLD TECHNOLOGIES, INC. by and through their undersigned counsel, and hereby disclose the following pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

1) The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action -- including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

Techtronic Industries Co. Ltd., a Hong Kong Corporation, owns 98.4% of Techtronic Industries North America, Inc. In December, 2004 One World Technologies, Inc. assumed all of the assets and liabilities of Ryobi Technologies, Inc. and Ryobi Technologies, Inc. ceased to have any assets. One World Technologies, Inc. is a wholly-owned subsidiary of Techtronic Industries North America, Inc.

In addition to the above entities, the following persons, entities and/or firms are involved in this action:

    a. Oregon Mutual Insurance Group as subrogee of Raymond French, Plaintiff;

    b. Michael E. Kelly, Esquire of Kelly, Talboy & Simmons, PA, for Plaintiff;

    c. Nathan Spear Ohler, Esquire of Kelly Law PLLC, for Plaintiff;

    d. Robert M. Fulton, Esquire of Hill, Ward & Henderson, P.A., for Defendants;

DEFENDANTS' CORPORATE DISCLOSURE STATEMENT - 2

    e.  Christopher S. Branton, Esquire of Hill, Ward & Henderson, P.A., for Defendants;

    f.  William G. Dryden, Esquire of Elam & Burke, P.A., for Defendants; and

    g.  Craig R. Yabui, Esquire of Elam & Burke, P.A., for Defendants.

 2) The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

  See No. 1 above.

 3) The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

  None.

 4) The name of each victim (individual and corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

  Oregon Mutual Insurance Group as subrogee of Raymond French.

 5) Check one of the following:

  __X__ a. I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

   -or-

  _____ b. I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows (explain).

I HEREBY CERTIFY that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing upon learning of any such conflicts.

DATED this 19th day of February, 2015.

ELAM & BURKE, P.A.


By: _____/s/ Craig R. Yabui_____
William G. Dryden
Craig R. Yabui

and

Robert M. Fulton, *Pro Hac Vice*
Christopher S. Branton, *Pro Hac Vice*
HILL, WARD & HENDERSON, P.A.

Attorneys for Defendants


CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 19th day of February, 2015, I electronically filed the foregoing instrument with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons via email:

Michael E. Kelly
mek@ktslawoffice.om

Nathan S. Ohler
nso@ktslawoffice.com


_____/s/ Craig R. Yabui_____
Craig R. Yabui

4821-9469-3666, v. 1

DEFENDANTS' CORPORATE DISCLOSURE STATEMENT - 4